IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAVAN BERRY and BENJAMIN WECHSLER on behalf of themselves and similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  2:20-cv-00110-LPL<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ARWEN R. JOHNSON**

    Arwen R. Johnson, undersigned counsel for American Income Life Insurance Company, hereby moves that Arwen R. Johnson be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for American Income Life Insurance Company in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Arwen R. Johnson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:   6/11/2020

_____
ARWEN R. JOHNSON
California State Bar No. 247583
KING & SPALDING LLP
633 West Fifth St., Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 433-4310
Email:  arwen.johnson@kslaw.com